# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

William Gomez

                Plaintiff,

v.                                            Case No.: 1:16–cv–00424

                                                         Honorable Thomas M. Durkin

ZRD, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 15, 2016:

      MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 7/15/2016. Discovery ordered closed by 9/15/2016. Status hearing set for 9/15/2016 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.