# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM GOMEZ<br><br>*Plaintiff*,<br><br>v.<br><br>ZRD, LLC,<br><br>*Defendants*. | 16-cv-424 |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that all claims asserted in the above captioned case may be dismissed with prejudice and on the merits, and that this Court may enter an Order dismissing the action with prejudice and without fees, costs, or expenses.

HUNDLEY LAW GROUP, P.C.
Attorney David M. Hundley
1620 W. Chicago Ave. Ste 207
Chicago, IL 60622
312-212-3343
dmh@hundleylaw.com

*Attorney for Defendant*

ACCESSIBILITY LAW GROUP
Attorney John L. Steele
500 Michigan Avenue, Suite 600
Chicago, Illinois 60611
312-396-4154
jsteele@accessibilitylawgroup.com

*Attorney for Plaintiff*